UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: January 23, 2006

To: United States Court of Appeals    ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk    (   ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103    (   ) JUDGE

From:  Dan Maus
       U.S. District Court
       222 W 7th Avenue #4
       Anchorage, Alaska 99513

DC No: 3:05-CV-00082-JKS    Appeal No: 05-35907

Short title: Chryson v. Estoll

Composition of Record

Clerk's Files in 1 volumes  (XX) original  () certified copy

    Bulky docs. _____ volumes, docket # _____
                           (folders)

Reporter's in _____ volumes   () original   () certified copy
Transcripts

Exhibits:   in _____ envelopes   () under seal

          in _____ boxes   () under seal

Other: _____

(please note any documents filed under seal)

Acknowledgement: _____    Date: _____
"record.app" [11/21/97]